LITTLE BEAVER THEATRES, INC.,
Plaintiff-Appellee,

v.

The CITY OF ST. PETERSBURG et al.,
Etc., Defendants-Appellants.

No. 73-2016
Summary Calendar.\*

United States Court of Appeals,
Fifth Circuit.

Aug. 31, 1973.

George M. Osborne, Jr., Asst. State Atty., Clearwater, Fla., for Russell.

Michael S. Davis, James P. Ogden, St. Petersburg, Fla., Baya Harrison, III, Asst. Atty. Gen., Tampa, Fla., for City of St. Petersburg and others.

David B. Javits, Tobias Simon, Elizabeth du Fresne, Miami, Fla., for plaintiff-appellee.

Before GEWIN, COLEMAN and MORGAN, Circuit Judges.

\* Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

PER CURIAM:

The preliminary injunction issued by the district court is dissolved and this cause is remanded to that court for further proceedings in light of Heller v. New York, 413 U.S. 483, 93 S.Ct. 2789, 37 L.Ed.2d 745 (1973); Roaden v. Commonwealth, 413 U.S. 496, 93 S.Ct. 2796, 37 L.Ed.2d 757 (1973); Meyer v. Austin, 413 U.S. 902, 93 S.Ct. 3029, 37 L.Ed.2d 1018 (1973).